UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILMON HABTEMARIAM,

    Petitioner,

v.

STEPHEN D. SINCLAIR,

    Respondent.

CASE NO. C12-1808-RAJ

ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is DENIED, and this action is DISMISSED, with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

(4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 23rd day of July, 2013.

                                                   *Richard A. Jones*
                                                   _____
                                                   The Honorable Richard A. Jones
                                                   United States District Judge